JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ALEJANDRO<br><br>            Plaintiff,<br>      vs.<br><br>QUALITY LOAN SERVICE CORP.;<br>LITTON LOAN SERVICING, LP;<br>U.S. BANK NATIONAL<br>ASSOCIATION, AS TRUSTEE FOR<br>THE GSAMP TRUST 2006-HE2<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2006 HE2;<br>OCWEN LOAN SERVICING, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS<br>("MERS") and DOES 1 through 25,<br>inclusive,  and DOES 1-10 inclusive,<br><br>            Defendants. | Case No.:  2:13-CV-07604-ABC (JCGx)<br><br>*Assigned to Honorable Audrey B. Collins*<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On December 3, 2013, the Honorable Audrey B. Collins granted the Motion to Dismiss of Defendants, LITTON LOAN SERVICING, LP; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE

PASS-THROUGH CERTIFICATES, SERIES 2006 HE2; OCWEN LOAN SERVICING, LLC; and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, to the Complaint of Plaintiff, PATRICIA ALEJANDRO ("Plaintiff"), in its entirety and without leave to amend.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREEED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendants, LITTON LOAN SERVICING, LP; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE2; OCWEN LOAN SERVICING, LLC; and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, and against Plaintiff, PATRICIA ALEJANDRO.

**IT IS SO ORDERED, ADJUDGED, AND DECREEED.**

Dated: 12/11/13    _____

Honorable Audrey B. Collins
Judge of the U.S. District Court